IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-20376 |
| DIKA-ROCKFORD, LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 16th day of December, 2015 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Entry of Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Thomas W. Goedert
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached **Motion for Entry of Final Decree**, to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 9th day of December, 2015, before the hour of 5:00 p.m.

/s/Thomas W. Goedert

**SERVICE LIST**

Kathryn Marie Gleason
United States Trustee
Dirksen Federal Building
219 S. Dearborn Street, Suite 873
Chicago, IL 60604

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Jonathan P. Friedland
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Elizabeth B. Vandesteeg
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

AT&T Universal Card
Processing Center
Des Moines, IA 50363-0001

AT&T - Fire Alarm
PO Box 5080
Carol Stream, IL 60197

B-Xtreme Fitness Pro Center
Nicole Bryant
312 N. Alpine Rd.
Rockford, IL 61108

City of Rockford Water Dept.
425 E. State St.
Rockford, IL 61104

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111

Dickler, Kahn, Slowikowski
& Zavell Ltd.
85 W. Algonquin Rd., Ste. 420
Arlington Heights, IL 60005

Dika-Jefferson, LLC
85 W. Algonquin, Suite 420
Arlington Heights, IL 60005

Doris Weir
2554 Charles St.
Rcokford, IL 61118

Edgemark Asset Managment, LLC
2215 York Rd., Ste. 503
Oak Brook, IL 60523

Eyeglass World, LLC
Attn: General Counsel
296 Grayson Highway
Lawrenceville, GA 30045

Larry Kanar
471 White Oak
Riverwoods, IL

Marshall Dickler
1334 Woodland Lane
Riverwoods, IL 60015

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

NorthBrook Bank & Trust Co.
% J. Burns/Levenfeld Pearlstein
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

NorthBrook Bank & Trust Company
1100 Waukegan Rd.
Northbrook, IL 60062

Rock River Disposal
4002 S. Main St.
Rockford, IL 61102

Sarnoff & Baccash
One N. LaSalle St.
Ste. 1920
Chicago, IL 60602

The Hartford Insurance
2 N. LaSalle St., #26
Chicago, IL 60602

2

Trickie Enterprises
9200 N. 2nd St.
Machesney Park, IL 61115

Winnebago County Treasurer
404 Elm St. #205
Rockford, IL 61101

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-20376 |
| DIKA-ROCKFORD, LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**MOTION FOR ENTRY OF FINAL DECREE**

DIKA-ROCKFORD, LLC, an Illinois limited liability company, Debtor/Debtor-in-Possession herein ("Debtor"), by and through its attorneys, Crane, Heyman, Simon, Welch and Clar, make its Motion for Entry of Final Decree; and in support thereof, state as follows:

1.  On May 30, 2014, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.  On September 9, 2015, this Court entered an Order confirming the Joint Amended Plan of Reorganization ("Plan") filed by the Debtor.

3.  The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals have been allowed and paid. In addition, distributions to the holders of allowed claims in classes have commenced.

4.  The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, DIKA-ROCKFORD, LLC, an Illinois limited liability company, Debtor herein, requests the entry of a Final Decree closing this Chapter 11 case and granting such other relief as may be just and appropriate.

Respectfully submitted,

DIKA-ROCKFORD, LLC, an Illinois limited liability company, Debtor

/s/Thomas W. Goedert
  One of Its Attorneys

**DEBTOR'S COUNSEL**:
Jeffrey C. Dan (Atty. No. 06242750)
Thomas W. Goedert (Atty No. 6201228)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114

W:\TWG\Dika-Rockford\Final Decree.MOT.wpd