UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Dika-Rockford, LLC<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  14-20376<br><br>Chapter:  11<br>Honorable A. Benjamin Goldgar |

## FINAL DECREE

THIS MATTER coming to be heard upon the Motion of Dika-Rockford, LLC, an Illinois limited liability company, Debtor herein, for Entry of Final Decree; proper notice of this Motion having been provided; no objections having been interposed; this Court having determined that the Debtor's Joint Amended Plan of Reorganization has been substantially consummated; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that this Chapter 11 case is closed.

Enter:

Dated: **1 6 DEC 2015**

United States Bankruptcy Judge

**Prepared by:**
Jeffrey C. Dan (Atty. No. 06242750)
Thomas W. Goedert (Atty No. 6201228)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
Final Decree.Order-Rockford

Rev: 20151029_bko